UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.: 8:25-cr-0057390-WFJ-NHA

LUCAS JOHN MIRTL

_____/

## ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

The United States Pretrial Office reports that the Defendant has violated the conditions of his pretrial release. Doc. 33. Specifically, the Office alleges that the Defendant failed to advise pretrial services of his travel to California, failed to appear for a mental health evaluation, failed to advise pretrial services of contact with law enforcement, and failed to advise pretrial services that he changed his phone number.

After holding a hearing, I find by clear and convincing evidence that the Defendant did violate the conditions of his pretrial release. After considering the parties' arguments and the factors in 18 U.S.C. § 3142(g), and for the reasons stated on the record, I find that the Defendant's conditions must be modified to reasonably ensure the Defendant's future appearance in Court and the safety of the community. His conditions are therefore modified as follows:

- The Defendant shall participate in location monitoring at the discretion of Pretrial Services and comply with all requirements

as directed. Defendant shall pay all or part of the cost of the program based on Defendant's ability to pay as determined by the United States Pretrial Services or supervising officer.

a. Defendant must execute a signature bond of $100,000.00 which shall be paid in the event of a failure to appear as required, to surrender as directed for service of any sentence imposed, or to obey any and all of the conditions of release imposed herein.

All other conditions shall remain in place.

**ORDERED** in Tampa, Florida, on May 27, 2026.


NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service

2