UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-573-WFJ-NHA

LUCAS MIRTL

# STATUS REPORT

Pursuant to the Court's Order, Doc. 48, the United States and the defendant, Lucas Mirtl, file this status report.

**1. Brief summary of the case's status:**

On December 17, 2025, a federal grand jury charged Mirtl, a Texas resident, with four counts of wire fraud, in violation of 18 U.S.C. § 1343. The facts allege, in sum, that Mirtl, while working as a sports agent, embezzled approximately $350,000 from two Florida clients.

On February 5, 2026, Mirtl had his initial appearance in the Middle District of Florida. The Federal Public Defender was appointed to represent him, and he was released on several conditions.[1] Trial was initially scheduled for April 2026 and was continued to July 2026.

In early May 2026, Mirtl's counsel withdrew from representation, and the Court appointed Pedro Amador, Esq. to represent Mirtl.

[1] Mirtl's conditions of release were later modified in May 2026 after the Court found that he violated several conditions. The Court imposed a $100,000 signature bond and ordered Mirtl to abide by GPS location monitoring. *See* Doc. 45.

2. **<u>Proposed trial dates</u>:**

The parties ask for a trial date in October, although Mr. Amador may need additional time to prepare. Mr. Amador is reviewing discovery, will be on vacation for two weeks in July, and has two trials set in August and one in September. If the Court provides a trial date in October, the government asks that it be set either the second or third week, starting October 13 or 19, 2026, as witnesses have conflicts during the first and last weeks of October.

3. **<u>Number of days required for trial</u>:**

The United States anticipates that trial requires four or five days.

4. **<u>Pending motions, dates on which they were filed, and whether they are ripe for determination</u>:**

There are no pending motions, except for the defendant's Motion to Continue Trial (Doc. 49).

The United States has consulted with defense counsel who agrees to the above information.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Email: Ross.Roberts@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ross.Roberts@usdoj.gov