UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-573-WFJ-NHA

LUCAS MIRTL

# JOINT STATUS REPORT

Pursuant to the Court's Order, Doc. 55, the United States and the defendant, Lucas Mirtl, file this status report.

**1. Brief summary of the case's status:**

On December 17, 2025, a federal grand jury charged Mirtl, a Texas resident, with four counts of wire fraud, in violation of 18 U.S.C. § 1343. The facts allege, in sum, that Mirtl, while working as a sports agent, embezzled approximately $350,000 from two Florida clients.

On February 5, 2026, Mirtl had his initial appearance in the Middle District of Florida. The Federal Public Defender was appointed to represent him, and he was released on several conditions.[1] Trial was initially scheduled for April 2026 and was continued to July 2026.

In early May 2026, Mirtl's counsel withdrew from representation, and the Court appointed Pedro Amador, Esq. to represent Mirtl.

[1] Mirtl's conditions of release were later modified in May 2026 after the Court found that he violated several conditions. The Court imposed a $100,000 signature bond and ordered Mirtl to abide by GPS location monitoring. *See* Doc. 45.

In June 2026, the Court granted the defendant's motion to continue trial and continued it to October 2026. Last month, the Court granted the defendant's motion to continue trial and continued it to November 2026.

**2. <u>Possibility of a plea agreement</u>:**

This case will go to trial. On October 6, 2026, counsel for the defendant confirmed this with the government.

**3. <u>Number of days required for trial</u>:**

The United States anticipates that trial will require three or four days.

**4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination</u>:**

There are no pending motions, although the defendant will soon file a motion to continue trial. The government opposes the motion.

**5. <u>Proposed trial dates</u>:**

The United States asks for a date-certain trial for the second week of November, starting **November 9**. The United States asks for the second week due to scheduling conflicts of witnesses during the first and third weeks of November. The United States confirmed that defense counsel is available the week of November 9.

If the Court grants the defendant's motion to continue trial, the United States asks for a date-certain trial for the third week of December, starting **December 14**. The United States asks for that week due to scheduling conflicts of witnesses during the first two weeks of December. The United States confirmed that defense counsel is available the week of December 14.

The United States opposes the defendant's request to continue trial to January. The victims are professional motocross racers, and their season begins in California in early January and continues there throughout the whole month. As such, they will be relocating to California in early January for the entire month.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: *_/s/Ross Roberts_*

Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Email: Ross.Roberts@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Ross Roberts*

Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ross.Roberts@usdoj.gov