**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

UNITED STATES OF AMERICA CASE NO. 8:25CR573
V.

LUCAS MITRL
_________________________________\

MOTION TO CONTINUE TRIAL DATE

COMES NOW the defendant, LUCAS MITRL , by and through undersigned counsel, and files this his Motion to Continue Trial Date and as grounds therefore would state as follows:

1. The defendant, is charged with violations of the United States Code including four counts of wire fraud.

2. The Defendant was indicted on December 17, 2025. He was arraigned on February 5, 2026. He was appointed counsel at that time. That counsel moved to withdraw which was granted in early May, 2026. Undersigned was appointed on May 6, 2026.

3. Discovery has been received but is voluminous. Counsel needs more time to review discovery and discuss the case with the Defendant to effectively

prepare for trial.

4. The court set a trial in November, 2026.

5. Undersigned has not had sufficient time to review these materials with Defendant and consequently will not be ready for trial in November. Counsel will need at least an additional 60 days to review the documents and file any motions that may be necessary to effectively represent Defendant. Thus, this continuance is for both the trial date and for additional time to file motions.

6. The defendant request a trail date in January or February in light of the availability issues with the witnesses indicated by the government in its latest status report.

7. This continuance is not being sought to delay or prejudice any party herein.

8. Ross Roberts, the Assistant U.S. Attorney assigned to the case, has advises that he objects to the continuance.

WHEREFORE, defendant, LUCAS MITRL, request this Honorable Court grant a continuance beyond the November trial term.

Respectfully submitted,
/S/ Pedro Amador
Pedro Amador
Florida Bar No.: 0007330

P.O. Box 26427
Tampa, Florida 33623
Telephone: (813) 477-4242
Email: pamador@amadorlawfirm.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Filing this 9th day of October, 2026 to The Office of the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

/s/ Pedro L. Amador, Jr.
Pedro L. Amador, Jr.